THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 26, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Kim Marlo Ford,                              Case No. 18-30334-gmh
                                                                             Chapter 13

              Debtor.

### ORDER DISMISSING CASE

      The debtor did not satisfy the court's order entered August 2, 2019, requiring the debtor to show cause in writing by no later than August 23 why the court should not dismiss or convert this case, pursuant to 11 U.S.C. §§1307(c) & 1325(a)(9), due to the debtor's failure to file all applicable tax returns as required by 11 U.S.C. §1308.

      Therefore, IT IS ORDERED that this case is dismissed.

#####